IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

BENGE CORP., A FLORIDA
CORPORATION,

 Appellant,

 v.

           Case No.  5D21-2600
           LT Case No. 2021-CA-000875-O

EASTWOOD COMMUNITY
ASSOCIATION, INC., A
FLORIDA NOT FOR PROFIT
CORPORATION,

  Appellee.
_____/

Decision filed October 18, 2022

Appeal from the Circuit Court
for Orange County,
Denise Beamer , Judge.

Rebecca E. Rhoden and Hal Kantor, of
Lowndes, Drosdick, Doster, Kantor &
Reed, P.A., Orlando, for Appellant.

Mark D. Tinker and Mary Lou Cuellar-
Stilo, of Cole, Scott & Kissane, P.A.,
Tampa and Scott A. Cole, of Cole, Scott,
& Kissane, P.A., Miami, for Appellee.

PER CURIAM.

 AFFIRMED.

SASSO, NARDELLA and WOZNIAK, JJ., concur.